**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| SONYA JORDAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NEW VISTA RANCH, INC., *et al.*,<br><br>　　　　　Defendants. | 2:17-cv-01140-JAD-VCF<br><br>**ORDER** |

　　　Before the Court is the Motion to Excuse Claims Adjuster from In-Person Participation at Early Neutral Evaluation Session (ECF No. 15).

　　　Accordingly,

　　　IT IS HEREBY ORDERED that any opposition to the Motion to Excuse Claims Adjuster from In-Person Participation at Early Neutral Evaluation Session (ECF No. 15) must be filed on or before September 18, 2017.

　　　DATED this 13th day of September, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE