# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

SONYA JORDAN,

   Plaintiff,

vs.

NEW VISTA RANCH, INC., *et al.*,

   Defendants.

2:17-cv-01140-JAD-VCF

**ORDER**

  Before the Court is the Motion to Excuse Claims Adjuster from In-Person Participation at Early Neutral Evaluation Session (ECF No. 15). No opposition has been filed and the time to file an opposition has passed. Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

  Accordingly,

  IT IS HEREBY ORDERED that the Motion to Excuse Claims Adjuster from In-Person Participation at Early Neutral Evaluation Session (ECF No. 15) is GRANTED.

  IT IS FURTHER ORDERED that the Claims Adjuster must be available by telephone for the entire duration of the Early Neutral Evaluation Session on September 29, 2017.

  DATED this 20th day of September, 2017.

                 CAM FERENBACH
                 UNITED STATES MAGISTRATE JUDGE