I. PHILLIP ODUNZE, ESQ.
Nevada Bar No. 9885
3651 Lindell Road, Suite D #142
Las Vegas, Nevada 89103
Email: nyu702@yahoo.com
Email: ipo.buchananodunze.law@gmail.com
Telephone No. 702-943-0305
Facsimile No. 702-943-0233
F. TRAVIS BUCHANAN, ESQ.
Nevada Bar No. 9371
701 East Bridger Ste. 540
Las Vegas Nevada 89101
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SONYA JORDAN, an individual, | ) |
| Plaintiff, | ) Case No. 2:17-CV-01140-JAD-CHW |
| vs. | ) |
| NEW VISTA RANCH, INC., and Nevada incorporation, ARCHIE MCARTHUR an individual, ROE CORPORATIONS I through X, inclusive; and DOES I through X, inclusive, | ) **STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** ) ) ECF No. 23 |
| Defendants. | ) |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, DEFENDANTS, NEW VISTA RANCH, INC. and ARCHIE MCARTHUR by and through their counsel RICHARD DREITZER, ESQ. of the law firm of WILSON, ELSER, MOSKOWITZ, ELDELMAN & DICKER, LLP and PLAINITFF, SONYA JORDAN, by and through her counsel I. PHILLIP ODUNZE, ESQ, of the law firm of ODUNZE, PLLC and F. TRAVIS BUCHANAN, ESQ. of the law firm of F. TRAVIS BUCHANAN, ESQ. & ASSOCIATES PLLC without any admission

///

///

1

1231524v.1

of liability, and with all parties to bear their own attorney's fees and costs, hereby stipulate to the voluntary dismissal with prejudice of all claims in this matter.

IT IS SO STIPULATED.                    IT IS SO STIPULATED

DATED this 4th day of December, 2017.    DATED this 4th day of December, 2017.

ODUNZE PLLC                              WILSON, ELSER, MOSKOWITZ, ELDELMAN & DICKER, LLP

By /s/I. Phillip Odunze, Esq.            By /s/ Richard I. Dreitzer
   I. PHILLIP ODUNZE, ESQ.              RICHARD DREITZER, ESQ.
   Nevada Bar No. 009885                Nevada Bar No. 6629
   3651 Lindell Road, Suite D #142      JAMES TUCKER, ESQ.
   Las Vegas, Nevada 89103              Nevada Bar No. 12507
   *Attorneys for Plaintiffs*           300 South Fourth Street, Eleventh Floor, Las Vegas, Nevada 89101
                                        *Attorneys for Defendants*

## ORDER

Based on the parties' stipulation [ECF No. 23] and good cause appearing, IT IS HEREBY ORDERED that **this action is DISMISSED in its entirety**, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
December 12, 2017

1231524v.1